1
2
3
4
5
6

**FILED**

AUG 1 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

7          UNITED STATES DISTRICT COURT

8          SOUTHERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,      )   Criminal Case No. 08cr2622-LAB
                                   )
10                  Plaintiff,     )   I N F O R M A T I O N
                                   )
11        v.                       )   Title 8, U.S.C., Sec. 1325 -
                                   )   Illegal Entry (Misdemeanor);
12  HUMBERTO CORTEZ-ORTIZ,         )   Title 8, U.S.C., Sec. 1325 -
                                   )   Illegal Entry (Felony)
13                  Defendant.     )
    _____)
14

15        The United States Attorney charges:

16                          Count 1

17        On or about   AUGUST 2007          , within the Southern

18  District of California, defendant HUMBERTO CORTEZ-ORTIZ, being an

19  alien, unlawfully entered or attempted to enter the United States at

20  a time and place other than as designated by immigration officers, and

21  eluded examination and inspection by immigration officers, and

22  attempted to enter or obtained entry to the United States by a

23  willfully false or misleading representation or the willful

24  concealment of a material fact; in violation of Title 8, United States

25  Code, Section 1325, a misdemeanor.

26  //

27  //

28  //

FAS:psd:San Diego
7/28/08

<u>Count 2</u>

On or about April 28, 2008, within the Southern District of California, defendant HUMBERTO CORTEZ-ORTIZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: *August 12, 2008.*

KAREN P. HEWITT
United States Attorney

FRED SHEPPARD
Assistant U.S. Attorney